No. 68368.—Max Mayer & Co., Inc. v. United States, protests 314211–K and 323725–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), and the record showing that the merchandise consists of nylon gloves and mittens similar in use to silk gloves and mittens, the claim of the plaintiff was sustained.

No. 68369.—Marshall Field & Company v. United States, protests 61/12070–12305 and 63/3385–13253 (Chicago).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of household (Hibachi) stoves similar in all material respects to those the subject of Abstract 67238, the claim of the plaintiff was sustained.

No. 68370.—Western Pacific Import Co., Inc. v. United States, protest 63/9413 (San Diego).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of cocktail Hibachis similar in all material respects to the Mini Bachis the subject of Abstract 67238, the claim of the plaintiff was sustained.